UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kathleen M. Tafoya<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 09-cr-00405-MSK | FTR KMT AM |

October 16, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA | David Conner<br>And Kasandra Carleton |
| v. | |
| CHRISTOPHER RICHARDSON | Dana Casper |

## MOTION HEARING

Court in Session: 10:09 am

Court calls case and appearances of counsel.

The court addresses the defendant.

The defendant addresses the court regarding advisory counsel's Motion To Reconsider Magistrate Shaffer's Order Requiring Counsel To Remain As Advisory Counsel For Defendant (doc 26); Motion To Withdraw.

The government addresses the court regarding defendant's request to proceed pro se.

Defendant notes he does not object to the Motion To Withdraw.

Attorney Dana Casper requests the court advise defendant of his fifth amendment rights.

The court advises the defendant of his fifth amendment rights.

The court advises the defendant of proceeding pro se.

The court questions the defendant regarding proceeding pro se.

The court finds the defendant has knowingly and willingly waived his right to counsel.

**ORDERED:** The defendant's request to proceed pro se is GRANTED.

**ORDERED:** Advisory counsel's Motion To Reconsider Magistrate Shaffer's Order Requiring Counsel To Remain As Advisory Counsel For Defendant; Motion To Withdraw (30) is GRANTED.

Defendant notes he wishes to waive speedy trial.

The court addresses the defendant regarding waiving speedy trial.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 10:37 am

Total Time: 28 minutes

Hearing concluded.